**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| SANGHERA, GURDIAL | § | Case No. 13-09826 |
| SANGHERA, KAMAL | § | |
| | § | |
| Debtors | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 03/12/2013 . The case was converted to one under Chapter 7 on 07/03/2013 . The undersigned trustee was appointed on 07/03/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 37,500.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 37,289.67 |
| Bank service fees | | 210.33 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/18/2013 and the deadline for filing governmental claims was 11/18/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 37,258.69 as interim compensation and now requests a sum of $ 0.00 , for a total compensation of $ 37,258.69 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/21/2016 By:/s/GINA B. KROL
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 13-09826 DLT Judge: Deborah L. Thorne
Case Name: SANGHERA, GURDIAL
SANGHERA, KAMAL
For Period Ending: 06/21/16 (6th reporting period for this case)

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 07/03/13 (c)
341(a) Meeting Date: 07/29/13
Claims Bar Date: 11/18/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1929 Green Lane Palatine, IL60074 (6-unit apartment building)<br>Property was titled to GAN Naperville, Asset #16. Listed as separate asset incorrectly by debtor because loan was privately guaranteed. Should be assigned to Gan Naperville LLC. No value of property to estate. | 385,000.00 | 0.00 | | 0.00 | FA |
| 2. 1960 Green Lane Palatine, IL60074 (6-unit apartment building)<br>Property was titled to GAN Naperville, Asset #16. Listed as separate asset incorrectly by debtor because loan was privately guaranteed. Should be assigned to Gan Naperville LLC. No value of property to estate. | 385,000.00 | 0.00 | | 0.00 | FA |
| 3. 2512 Indian Grass Court Naperville, IL 60564 (single family; primary residence) | 400,000.00 | 0.00 | | 0.00 | FA |
| 4. cash on hand (u) | 250.00 | 0.00 | | 0.00 | FA |
| 5. BMO Harris (u) | 10.00 | 0.00 | | 0.00 | FA |
| 6. Citibank (u) | 10.00 | 0.00 | | 0.00 | FA |
| 7. Republic Bank (u) | 10.00 | 0.00 | | 0.00 | FA |
| 8. Television sets (4) (2 do not work); Bedroom sets (u) (2); rugs; sofas; exercise equipment; dishes, and other misc. household goods and furnishings | 750.00 | 0.00 | | 0.00 | FA |
| 9. one set each ordinary men's and women's clothing (u) | 400.00 | 0.00 | | 0.00 | FA |
| 10. ladies wedding ring; costume jewelry (u) | 1,350.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance through Conseco (H = Insured; (u) W = beneficiary) | 14,500.00 | 0.00 | | 0.00 | FA |
| 12. Ameriprise IRA (u) | 1,352.00 | 0.00 | | 0.00 | FA |
| 13. Pension - Central Can (right to full benefits (u) | 200.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 13-09826 DLT Judge: Deborah L. Thorne
Case Name: SANGHERA, GURDIAL
SANGHERA, KAMAL

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 07/03/13 (c)
341(a) Meeting Date: 07/29/13
Claims Bar Date: 11/18/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| upon attaining retirement age) | | | | | |
| 14. Prudential Retirement Annuity (u) | 12,300.00 | 0.00 | | 0.00 | FA |
| 15. Prudential Retirement Annuity (u) | 24,500.00 | 0.00 | | 0.00 | FA |
| 16. 100% membership of Gan Naperville LLC (owns multi-unit apartment buildings) | 300,000.00 | 300,000.00 | | 37,500.00 | FA |
| 17. rent owed by apartment lessees | 9,175.00 | 0.00 | | 0.00 | FA |
| 18. 2004 Honda Odyssey (u) | 5,000.00 | 0.00 | | 0.00 | FA |
| 19. 2006 Honda Civic (daughter's name also on title) (u) | 4,000.00 | 0.00 | | 0.00 | FA |
| 20. 2011 Honda Civic (u) | 13,000.00 | 0.00 | | 0.00 | FA |
| 21. miscellaneous handyman tools used to maintain (u) apartment buildings | 500.00 | 0.00 | | 0.00 | FA |
| 22. Direct Express Rechargeable Card (u) | 955.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,558,262.00 | $300,000.00 | | $37,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for Review June 01, 2016, 11:02 am

Trustee to prepare TFR
October 07, 2015, 04:21 pm

Successor Trustee will work to pay initial trustee his court ordered compensation and close the case.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 13-09826 DLT Judge: Deborah L. Thorne
Case Name: SANGHERA, GURDIAL
SANGHERA, KAMAL

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 07/03/13 (c)
341(a) Meeting Date: 07/29/13
Claims Bar Date: 11/18/13

October 21, 2014, 02:45 pm

Sale of various property assets in GAN Naperville LLC still pending. Various issues to be resolved prior to.
Closed on 5 GAN Naperville Properties.
Trustee agreed to sell real estate owned by GAN Naperville LLC, not this Debtor. Funds on hand represent Trustee's agreed fee for selling the real estate. All other sales proceeds were paid to BankFinancial, the mortgagee, at the closing.

Initial Projected Date of Final Report (TFR): 07/01/15 Current Projected Date of Final Report (TFR): 02/28/16

/s/ GINA B. KROL
____________________________________ Date: 06/21/16
GINA B. KROL

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-09826 -DLT
Case Name: SANGHERA, GURDIAL
SANGHERA, KAMAL
Taxpayer ID No: *******8291
For Period Ending: 05/31/16

Trustee Name: GINA B. KROL
Bank Name: Green Bank
Account Number / CD #: *******2601 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/14 | 16 | Professional National Title Network, Inc.<br>Three First National Plaza, Suite 1600<br>Chicago, IL 60602 | Sale of 1952 Green Lane, Palatine, IL owned by Gan Naperville LLC | 1180-000 | 7,500.00 | | 7,500.00 |
| 01/03/14 | 16 | Professional National Title Network, Inc.<br>Three First National Plaza, Suite 1600<br>Chicago, IL 60602 | Sale of 1933 Green Lane, Palatine, IL owned by Gan Naperville LLC | 1180-000 | 7,500.00 | | 15,000.00 |
| 01/03/14 | 16 | Professional National Title Network, Inc.<br>Three First National Plaza, Suite 1600<br>Chicago, IL 60602 | Sale of 1949 Green Lane, Palatine, IL owned by Gan Naperville LLC | 1180-000 | 7,500.00 | | 22,500.00 |
| 01/03/14 | 16 | Professional National Title Network, Inc.<br>Three First National Plaza, Suite 1600<br>Chicago, IL 60602 | Sale of 1929 Green Lane, Palatine, IL owned by Gan Naperville LLC (Titled to Gan, debtor's private loan) | 1180-000 | 7,500.00 | | 30,000.00 |
| 01/03/14 | 16 | Professional National Title Network, Inc.<br>Three First National Plaza, Suite 1600<br>Chicago, IL 60602 | Sale of 1960 Green Lane, Palatine, IL owned by Gan Naperville LLC (Titled to Gan, debtor's private loan) | 1180-000 | 7,500.00 | | 37,500.00 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 54.65 | 37,445.35 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 54.57 | 37,390.78 |
| 03/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 56.44 | 37,334.34 |
| 04/02/14 | 003001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420 | Blanket bond #016026455 2/01/14 to 2/10/15<br>2300-000 $-30.98 | 2300-000 | | 30.98 | 37,303.36 |

FORM 2



Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-09826 -DLT
Case Name: SANGHERA, GURDIAL
SANGHERA, KAMAL
Taxpayer ID No: *******8291
For Period Ending: 05/31/16

Trustee Name: GINA B. KROL
Bank Name: Green Bank
Account Number / CD #: *******2601 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 44.67 | 37,258.69 |
| 05/06/14 | | Transfer to Acct #*******0832 | Bank Funds Transfer | 9999-000 | | 37,258.69 | 0.00 |

Account *******2601

| | | | |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 5 | Deposits | | 37,500.00 |
| 0 | Interest Postings | | 0.00 |
| | Subtotal | $ | 37,500.00 |
| 0 | Adjustments In | | 0.00 |
| 0 | Transfers In | | 0.00 |
| | Total | $ | 37,500.00 |

| | | | |
|---|---|---|---|
| 1 | Checks | | 30.98 |
| 4 | Adjustments Out | | 210.33 |
| 1 | Transfers Out | | 37,258.69 |
| | Total | $ | 37,500.00 |

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-09826 -DLT
Case Name: SANGHERA, GURDIAL
SANGHERA, KAMAL
Taxpayer ID No: *******8291
For Period Ending: 05/31/16

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0832 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Transfer from Acct #*******2601 | Bank Funds Transfer | 9999-000 | 37,258.69 | | 37,258.69 |
| 12/08/14 | 030001 | David E. Grochocinski<br>c/o InnovaLaw PC<br>15020 S. Ravinia Ave., Ste. 29<br>Orland Park, IL 60462 | Compensation per Court Order | 2100-000 | | 37,258.69 | 0.00 |

Account *******0832

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 1 Checks | 37,258.69 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| | | | Total | $ 37,258.69 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 37,258.69 | | |
| | Total | $ 37,258.69 | | |

Report Totals

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 5 | Deposits | 37,500.00 | 2 Checks | 37,289.67 |
| 0 | Interest Postings | 0.00 | 4 Adjustments Out | 210.33 |
| | | | 1 Transfers Out | 37,258.69 |
| | Subtotal | $ 37,500.00 | | |
| | | | Total | $ 74,758.69 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 37,258.69 | | |
| | Total | $ 74,758.69 | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

# FORM 2



Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-09826 -DLT
Case Name: SANGHERA, GURDIAL
SANGHERA, KAMAL
Taxpayer ID No: *******8291
For Period Ending: 05/31/16

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0832 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: ________________________________ Date: 05/31/16
GINA B. KROL

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 21, 2016

Case Number: 13-09826 — Priority Sequence
Debtor Name: SANGHERA, GURDIAL — Joint Debtor: SANGHERA, KAMAL

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | | $0.00 | $37,500.00 | $37,500.00 |
| 000006<br>040<br>5800-00 | Depart of Treasury - Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $60,016.04 | $60,016.04 |
| 000004<br>050<br>4210-00 | American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Secured | | $0.00 | $11,381.49 | $11,381.49 |
| 000007<br>050<br>4110-00 | BankFinancial F.S.B.<br>15W060 North Frontage Road<br>Burr Ridge, IL 60527 | Secured | | $0.00 | $114,864.20 | $114,864.20 |
| 000011<br>050<br>4110-00 | Republic Bank Chicago<br>Ruff, Weidenaar & Reidy Ltd.<br>Attn: Brandon R Freud<br>222 N Lasalle st, Suite 700<br>Chicago, IL 60601 | Secured | | $0.00 | $239,566.83 | $239,566.83 |
| 000014<br>050<br>4110-00 | American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Secured | | $0.00 | $11,381.49 | $11,381.49 |
| 000018<br>050<br>4110-00 | Bank Of America, N.A.<br>Leslie Bayles, Esq<br>Bryan Cave LLP<br>161 N Clark St., Suite 4300<br>Chicago, IL 60601 | Secured | | $0.00 | $633,155.57 | $633,155.57 |
| 000019A<br>050<br>4110-00 | Republic Bank Chicago<br>Ruff, Weidenaar & Reidy Ltd.<br>Attn: Brandon R Freud<br>222 N Lasalle st, Suite 700<br>Chicago, IL 60601 | Secured | | $0.00 | $239,772.07 | $239,772.07 |
| 000021<br>050<br>4110-00 | BankFinancial, F.S.B.<br>Neal, Gerber & Eisenberg LLP<br>Attn Mark A Berkoff<br>2 N LaSalle Street, Suite 1700<br>Chicago, IL 60602 | Secured | | $0.00 | $3,394,534.89 | $3,394,534.89 |
| 000001<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $12,818.36 | $12,818.36 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 21, 2016

Case Number: 13-09826 Priority Sequence
Debtor Name: SANGHERA, GURDIAL Joint Debtor: SANGHERA, KAMAL

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $6,541.99 | $6,541.99 |
| 000003<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $6,443.83 | $6,443.83 |
| 000005<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $10,521.59 | $10,521.59 |
| 000008<br>070<br>7100-90 | Portfolio Recovery Associates, LLC<br>successor to GE CAPITAL RETAIL BANK<br>(JCPENNEY CREDIT CARD) BY PRA REC MGMT<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $2,054.68 | $2,054.68 |
| 000009<br>070<br>7100-90 | Bureaus Investment Group Portfolio No<br>15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $6,421.67 | $6,421.67 |
| 000010<br>070<br>7100-90 | Asset Acceptance LLC Assignee<br>Citibank<br>Home Depot<br>Po Box 2036<br>Warren MI 48090 | Unsecured | | $0.00 | $1,139.36 | $1,139.36 |
| 000012<br>070<br>7100-90 | COMMONWEALTH EDISON COMPANY<br>3 LINCOLN CENTER<br>ATTN BANKRUPTCY SECTION<br>OAK BROOK TERRACE, IL 60181 | Unsecured | | $0.00 | $2,308.87 | $2,308.87 |
| 000013<br>070<br>7100-90 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $0.00 | $8,354.80 | $8,354.80 |
| 000015<br>070<br>7100-90 | ASSET ACCEPTANCE<br>LLC/ASSIGNEE/CITIBANK-HOME DEPOT<br>PO BOX 2036<br>WARREN MI 48090 | Unsecured | | $0.00 | $1,162.88 | $1,162.88 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 21, 2016

Case Number: 13-09826
Debtor Name: SANGHERA, GURDIAL

Priority Sequence

Joint Debtor: SANGHERA, KAMAL

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000016<br>070<br>7100-90 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $2,937.11 | $2,937.11 |
| 000017<br>070<br>7100-90 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,951.58 | $1,951.58 |
| 000019<br>070<br>7100-00 | Republic Bank Chicago<br>Ruff, Weidenaar & Reidy, Ltd.<br>Attn: Brandon Freud<br>222 N LaSalle Street, Suite 700<br>Chicago, IL 60601 | Unsecured | | $0.00 | $50,369.09 | $50,369.09 |
| 000020<br>070<br>7100-90 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $0.00 | $2,820.69 | $2,820.69 |
| 000022<br>080<br>7200-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $4,312.63 | $4,312.63 |
| 000023<br>080<br>7200-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $11,378.88 | $11,378.88 |
| 000024<br>080<br>7200-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $12,704.02 | $12,704.02 |
| | Case Totals: | | | $0.00 | $4,886,414.61 | $4,886,414.61 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-09826
Case Name: SANGHERA, GURDIAL
SANGHERA, KAMAL
Trustee Name: GINA B. KROL

Balance on hand $ 0.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | American Honda Finance Corporation P.O. Box 168088 Irving, TX 75016-8088 | $ 11,381.49 | $ 11,381.49 | $ 0.00 | $ 0.00 |
| 000007 | BankFinancial F.S.B. 15W060 North Frontage Road Burr Ridge, IL 60527 | $ 114,864.20 | $ 114,864.20 | $ 0.00 | $ 0.00 |
| 000011 | Republic Bank Chicago Ruff, Weidenaar & Reidy Ltd. Attn: Brandon R Freud 222 N Lasalle st, Suite 700 Chicago, IL 60601 | $ 239,566.83 | $ 239,566.83 | $ 0.00 | $ 0.00 |
| 000014 | American Honda Finance Corporation P.O. Box 168088 Irving, TX 75016-8088 | $ 11,381.49 | $ 11,381.49 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000018 | Bank Of America, N.A.<br>Leslie Bayles, Esq<br>Bryan Cave LLP<br>161 N Clark St., Suite 4300<br>Chicago, IL 60601 | $ 633,155.57 | $ 633,155.57 | $ 0.00 | $ 0.00 |
| 000019A | Republic Bank Chicago<br>Ruff, Weidenaar & Reidy Ltd.<br>Attn: Brandon R Freud<br>222 N Lasalle st, Suite 700<br>Chicago, IL 60601 | $ 239,772.07 | $ 239,772.07 | $ 0.00 | $ 0.00 |
| 000021 | BankFinancial, F.S.B.<br>Neal, Gerber & Eisenberg LLP<br>Attn Mark A Berkoff<br>2 N LaSalle Street, Suite 1700<br>Chicago, IL 60602 | $ 3,394,534.89 | $ 3,394,534.89 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 0.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 37,500.00 | $ 37,258.69 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 0.00

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 60,016.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Depart of Treasury - Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | $ 60,016.04 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 115,846.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 12,818.36 | $ 0.00 | $ 0.00 |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 6,541.99 | $ 0.00 | $ 0.00 |
| 000003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 6,443.83 | $ 0.00 | $ 0.00 |
| 000005 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 10,521.59 | $ 0.00 | $ 0.00 |
| 000008 | Portfolio Recovery Associates, LLC<br>successor to GE CAPITAL RETAIL BANK (JCPENNEY CREDIT CARD) BY PRA REC MGMT<br>POB 41067<br>Norfolk, VA 23541 | $ 2,054.68 | $ 0.00 | $ 0.00 |
| 000009 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 6,421.67 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Asset Acceptance LLC<br>Assignee Citibank<br>Home Depot<br>Po Box 2036<br>Warren MI 48090 | $ 1,139.36 | $ 0.00 | $ 0.00 |
| 000012 | COMMONWEALTH EDISON COMPANY<br>3 LINCOLN CENTER<br>ATTN BANKRUPTCY SECTION<br>OAK BROOK TERRACE, IL 60181 | $ 2,308.87 | $ 0.00 | $ 0.00 |
| 000013 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | $ 8,354.80 | $ 0.00 | $ 0.00 |
| 000015 | ASSET ACCEPTANCE LLC/ASSIGNEE/CITIBANK-HOME DEPOT<br>PO BOX 2036<br>WARREN MI 48090 | $ 1,162.88 | $ 0.00 | $ 0.00 |
| 000016 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 2,937.11 | $ 0.00 | $ 0.00 |
| 000017 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,951.58 | $ 0.00 | $ 0.00 |
| 000020 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | $ 2,820.69 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | Republic Bank Chicago<br>Ruff, Weidenaar & Reidy, Ltd.<br>Attn: Brandon Freud<br>222 N LaSalle Street, Suite 700<br>Chicago, IL 60601 | $ 50,369.09 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 28,395.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $ 4,312.63 | $ 0.00 | $ 0.00 |
| 000023 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $ 11,378.88 | $ 0.00 | $ 0.00 |
| 000024 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $ 12,704.02 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE