UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                       §
                                             §
SANGHERA, GURDIAL                            §    Case No. 13-09826 DLT
SANGHERA, KAMAL                              §
                                             §
            Debtors                          §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/27/2016 in Courtroom 613,
Everett McKinley Dirksen Courthouse
219 S Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/21/2016              By: Gina B. Krol
                                           Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § § SANGHERA, GURDIAL § SANGHERA, KAMAL § § Debtors § | Case No. 13-09826 DLT |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 37,500.00 |
| and approved disbursements of | $ 37,500.00 |
| leaving a balance on hand of[1] | $ 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | American Honda Finance Corporation P.O. Box 168088 Irving, TX 75016-8088 | $ 11,381.49 | $ 11,381.49 | $ 0.00 | $ 0.00 |
| 000007 | BankFinancial F.S.B. 15W060 North Frontage Road Burr Ridge, IL 60527 | $ 114,864.20 | $ 114,864.20 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000011 | Republic Bank Chicago<br>Ruff, Weidenaar & Reidy Ltd.<br>Attn: Brandon R Freud<br>222 N Lasalle st, Suite 700<br>Chicago, IL 60601 | $ 239,566.83 | $ 239,566.83 | $ 0.00 | $ 0.00 |
| 000014 | American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, TX 75016-8088 | $ 11,381.49 | $ 11,381.49 | $ 0.00 | $ 0.00 |
| 000018 | Bank Of America, N.A.<br>Leslie Bayles, Esq<br>Bryan Cave LLP<br>161 N Clark St., Suite 4300<br>Chicago, IL 60601 | $ 633,155.57 | $ 633,155.57 | $ 0.00 | $ 0.00 |
| 000019A | Republic Bank Chicago<br>Ruff, Weidenaar & Reidy Ltd.<br>Attn: Brandon R Freud<br>222 N Lasalle st, Suite 700<br>Chicago, IL 60601 | $ 239,772.07 | $ 239,772.07 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000021 | BankFinancial, F.S.B. Neal, Gerber & Eisenberg LLP Attn Mark A Berkoff 2 N LaSalle Street, Suite 1700 Chicago, IL 60602 | $ 3,394,534.89 | $ 3,394,534.89 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 37,500.00 | $ 37,258.69 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 0.00 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 60,016.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Depart of Treasury - Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | $ 60,016.04 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 115,846.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 12,818.36 | $ 0.00 | $ 0.00 |
| 000002 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 6,541.99 | $ 0.00 | $ 0.00 |
| 000003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 6,443.83 | $ 0.00 | $ 0.00 |
| 000005 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | $ 10,521.59 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Portfolio Recovery Associates, LLC successor to GE CAPITAL RETAIL BANK (JCPENNEY CREDIT CARD) BY PRA REC MGMT POB 41067 Norfolk, VA 23541 | $ 2,054.68 | $ 0.00 | $ 0.00 |
| 000009 | Bureaus Investment Group Portfolio No 15 LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 6,421.67 | $ 0.00 | $ 0.00 |
| 000010 | Asset Acceptance LLC Assignee Citibank Home Depot Po Box 2036 Warren MI 48090 | $ 1,139.36 | $ 0.00 | $ 0.00 |
| 000012 | COMMONWEALTH EDISON COMPANY 3 LINCOLN CENTER ATTN BANKRUPTCY SECTION OAK BROOK TERRACE, IL 60181 | $ 2,308.87 | $ 0.00 | $ 0.00 |
| 000013 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ 8,354.80 | $ 0.00 | $ 0.00 |
| 000015 | ASSET ACCEPTANCE LLC/ASSIGNEE/CITIBANK-HOME DEPOT PO BOX 2036 WARREN MI 48090 | $ 1,162.88 | $ 0.00 | $ 0.00 |
| 000016 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 2,937.11 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,951.58 | $ 0.00 | $ 0.00 |
| 000020 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | $ 2,820.69 | $ 0.00 | $ 0.00 |
| 000019 | Republic Bank Chicago<br>Ruff, Weidenaar & Reidy, Ltd.<br>Attn: Brandon Freud<br>222 N LaSalle Street, Suite 700<br>Chicago, IL 60601 | $ 50,369.09 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 28,395.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000022 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $ 4,312.63 | $ 0.00 | $ 0.00 |
| 000023 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $ 11,378.88 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $ 12,704.02 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                                   Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.