# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SANGHERA, GURDIAL | § | Case No. 13-09826 DLT |
| SANGHERA, KAMAL | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,162,175.00                     Assets Exempt: 96,087.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00             Claims Discharged
                                                    Without Payment: 238,924.07

Total Expenses of Administration: 37,500.00

---

3) Total gross receipts of $ 37,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 37,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 941,117.00 | $ 4,644,656.54 | $ 4,644,656.54 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 37,741.31 | 37,741.31 | 37,500.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,956.00 | 60,016.04 | 60,016.04 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 109,623.00 | 144,242.03 | 144,242.03 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,053,696.00 | $ 4,886,655.92 | $ 4,886,655.92 | $ 37,500.00 |

4) This case was originally filed under chapter 11 on 03/12/2013 , and it was converted to chapter 7 on 07/03/2013 . The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/01/2016          By:/s/GINA B. KROL
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 100% membership of Gan Naperville LLC (owns | 1180-000 | 37,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 37,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baldwin Greens Condominium Association C/O Hughes And Associates 3060 N. Kennicott Avenue Arlington Heights, IL 60004 | | 2,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. 135 S. LaSalle Street Chicago, IL 60603 | | 239,339.00 | NA | NA | 0.00 |
| | Cook County Treasurer 118 N. Clark Street, Room 112 Chicago, IL 60602 | | 50,500.00 | NA | NA | 0.00 |
| | Cook County Treasurer 118 N. Clark Street, Room 112 Chicago, IL 60602 | | 50,500.00 | NA | NA | 0.00 |
| | Leslie Allen Bayles, Attorney Bryan Cave LLP 161 N. Clark Street, Suite 4300 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Leslie Allen Bayles, Attorney Bryan Cave LLP 161 N. Clark Street, Suite 4300 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| 000014 | AMERICAN HONDA FINANCE CORPORATION | 4110-000 | NA | 11,381.49 | 11,381.49 | 0.00 |
| 000018 | BANK OF AMERICA, N.A. | 4110-000 | 238,255.00 | 633,155.57 | 633,155.57 | 0.00 |
| 000007 | BANKFINANCIAL F.S.B. | 4110-000 | 113,636.00 | 114,864.20 | 114,864.20 | 0.00 |
| 000021 | BANKFINANCIAL, F.S.B. | 4110-000 | 0.00 | 3,394,534.89 | 3,394,534.89 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | REPUBLIC BANK CHICAGO | 4110-000 | 235,500.00 | 239,566.83 | 239,566.83 | 0.00 |
| 000019A | REPUBLIC BANK CHICAGO | 4110-000 | 0.00 | 239,772.07 | 239,772.07 | 0.00 |
| 000004 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | 11,387.00 | 11,381.49 | 11,381.49 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 941,117.00 | $ 4,644,656.54 | $ 4,644,656.54 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | 2100-000 | NA | 37,500.00 | 37,500.00 | 37,258.69 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 30.98 | 30.98 | 30.98 |
| Green Bank | 2600-000 | NA | 210.33 | 210.33 | 210.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 37,741.31 | $ 37,741.31 | $ 37,500.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department Of Revenue P.O. Box 19035 Springfield, IL 62794 | | 2,956.00 | NA | NA | 0.00 |
| 000006 | DEPART OF TREASURY - INTERNAL REVEN | 5800-000 | NA | 60,016.04 | 60,016.04 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 2,956.00 | $ 60,016.04 | $ 60,016.04 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATG Credit 1700 W. Corland Street, Suite 201 Chicago, IL 60622 | | 168.00 | NA | NA | 0.00 |
| | Citicards/Citbank NA P.O. Box 6241 Sioux Falls, SD 57117 | | 1,209.00 | NA | NA | 0.00 |
| | Citicards/Citbank NA P.O. Box 6241 Sioux Falls, SD 57117 | | 11,054.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Management 4200 International Parkway Carrollton, TX 75007 | | 84.00 | NA | NA | 0.00 |
| | Medical Business Bureau 1460 Renaissance Drive Park Ridge, IL 60068 | | 9,004.00 | NA | NA | 0.00 |
| | Merchants Credit Guide C 223 W. Jackson Blvd., Suite 410 Chicago, IL 60606 | | 900.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Drive, Suite 200 San Diego, CA 92123-2255 | | 8,481.00 | NA | NA | 0.00 |
| | State Collection Service 2509 S. Stoughton Road Madison, WI 53716 | | 810.00 | NA | NA | 0.00 |
| 000019 | REPUBLIC BANK CHICAGO | 7100-000 | NA | 50,369.09 | 50,369.09 | 0.00 |
| 000013 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | NA | 8,354.80 | 8,354.80 | 0.00 |
| 000010 | ASSET ACCEPTANCE LLC ASSIGNEE CITIB | 7100-900 | NA | 1,139.36 | 1,139.36 | 0.00 |
| 000015 | ASSET ACCEPTANCE LLC/ASSIGNEE/CITIB | 7100-900 | NA | 1,162.88 | 1,162.88 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | BUREAUS INVESTMENT GROUP PORTFOLIO | 7100-900 | NA | 6,421.67 | 6,421.67 | 0.00 |
| 000016 | CAPITAL ONE, N.A. | 7100-900 | 2,937.00 | 2,937.11 | 2,937.11 | 0.00 |
| 000017 | CAPITAL ONE, N.A. | 7100-900 | 1,951.00 | 1,951.58 | 1,951.58 | 0.00 |
| 000012 | COMMONWEALTH EDISON COMPANY | 7100-900 | 860.00 | 2,308.87 | 2,308.87 | 0.00 |
| 000001 | DISCOVER BANK | 7100-900 | 12,818.00 | 12,818.36 | 12,818.36 | 0.00 |
| 000002 | DISCOVER BANK | 7100-900 | 6,541.00 | 6,541.99 | 6,541.99 | 0.00 |
| 000003 | DISCOVER BANK | 7100-900 | 6,443.00 | 6,443.83 | 6,443.83 | 0.00 |
| 000020 | ECAST SETTLEMENT CORPORATION | 7100-900 | 2,820.00 | 2,820.69 | 2,820.69 | 0.00 |
| 000005 | FIA CARD SERVICES, N.A. | 7100-900 | 10,521.00 | 10,521.59 | 10,521.59 | 0.00 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 281.00 | 2,054.68 | 2,054.68 | 0.00 |
| 000022 | ECAST SETTLEMENT CORPORATION, ASSIG | 7200-000 | 4,312.00 | 4,312.63 | 4,312.63 | 0.00 |
| 000023 | ECAST SETTLEMENT CORPORATION, ASSIG | 7200-000 | 11,378.00 | 11,378.88 | 11,378.88 | 0.00 |
| 000024 | ECAST SETTLEMENT CORPORATION, ASSIG | 7200-000 | 17,051.00 | 12,704.02 | 12,704.02 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 109,623.00 | $ 144,242.03 | $ 144,242.03 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 13-09826   DLT   Judge: Deborah L. Thorne | Trustee Name:   GINA B. KROL |
| Case Name: | SANGHERA, GURDIAL | Date Filed (f) or Converted (c):   07/03/13 (c) |
| | SANGHERA, KAMAL | 341(a) Meeting Date:   07/29/13 |
| For Period Ending: | 06/21/16   (6th reporting period for this case) | Claims Bar Date:   11/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1929 Green Lane Palatine, IL60074 (6-unit apartment building) Property was titled to GAN Naperville, Asset #16. Listed as separate asset incorrectly by debtor because loan was privately guaranteed. Should be assigned to Gan Naperville LLC. No value of property to estate. | 385,000.00 | 0.00 | | 0.00 | FA |
| 2. 1960 Green Lane Palatine, IL60074 (6-unit apartment building) Property was titled to GAN Naperville, Asset #16. Listed as separate asset incorrectly by debtor because loan was privately guaranteed. Should be assigned to Gan Naperville LLC. No value of property to estate. | 385,000.00 | 0.00 | | 0.00 | FA |
| 3. 2512 Indian Grass Court Naperville, IL 60564 (single family; primary residence) | 400,000.00 | 0.00 | | 0.00 | FA |
| 4. cash on hand (u) | 250.00 | 0.00 | | 0.00 | FA |
| 5. BMO Harris (u) | 10.00 | 0.00 | | 0.00 | FA |
| 6. Citibank (u) | 10.00 | 0.00 | | 0.00 | FA |
| 7. Republic Bank (u) | 10.00 | 0.00 | | 0.00 | FA |
| 8. Television sets (4) (2 do not work); Bedroom sets (u) (2); rugs; sofas; exercise equipment; dishes, and other misc. household goods and furnishings | 750.00 | 0.00 | | 0.00 | FA |
| 9. one set each ordinary men's and women's clothing (u) | 400.00 | 0.00 | | 0.00 | FA |
| 10. ladies wedding ring; costume jewelry (u) | 1,350.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance through Conseco (H = Insured; (u) W = beneficiary) | 14,500.00 | 0.00 | | 0.00 | FA |
| 12. Ameriprise IRA (u) | 1,352.00 | 0.00 | | 0.00 | FA |
| 13. Pension - Central Can (right to full benefits (u) | 200.00 | 0.00 | | 0.00 | FA |

Case 13-09826    Doc 141    Filed 08/02/16    Entered 08/02/16 14:33:36    Desc Main
Document      Page 11 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 13-09826 | DLT | Judge: Deborah L. Thorne | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | SANGHERA, GURDIAL | | | Date Filed (f) or Converted (c): | 07/03/13 (c) |
| | SANGHERA, KAMAL | | | 341(a) Meeting Date: | 07/29/13 |
| | | | | Claims Bar Date: | 11/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| upon attaining retirement age) | | | | | |
| 14. Prudential Retirement Annuity (u) | 12,300.00 | 0.00 | | 0.00 | FA |
| 15. Prudential Retirement Annuity (u) | 24,500.00 | 0.00 | | 0.00 | FA |
| 16. 100% membership of Gan Naperville LLC (owns multi-unit apartment buildings) | 300,000.00 | 300,000.00 | | 37,500.00 | FA |
| 17. rent owed by apartment lessees | 9,175.00 | 0.00 | | 0.00 | FA |
| 18. 2004 Honda Odyssey (u) | 5,000.00 | 0.00 | | 0.00 | FA |
| 19. 2006 Honda Civic (daughter's name also on title) (u) | 4,000.00 | 0.00 | | 0.00 | FA |
| 20. 2011 Honda Civic (u) | 13,000.00 | 0.00 | | 0.00 | FA |
| 21. miscellaneous handyman tools used to maintain (u) apartment buildings | 500.00 | 0.00 | | 0.00 | FA |
| 22. Direct Express Rechargeable Card (u) | 955.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,558,262.00 | $300,000.00 | | $37,500.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for Review June 01, 2016, 11:02 am

Trustee to prepare TFR
October 07, 2015, 04:21 pm

Successor Trustee will work to pay initial trustee his court ordered compensation and close the case.

Case 13-09826    Doc 141    Filed 08/02/16    Entered 08/02/16 14:33:36    Desc Main
Document    Page 12 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-09826    DLT    Judge: Deborah L. Thorne | Trustee Name: | GINA B. KROL |
| Case Name: | SANGHERA, GURDIAL | Date Filed (f) or Converted (c): | 07/03/13 (c) |
| | SANGHERA, KAMAL | 341(a) Meeting Date: | 07/29/13 |
| | | Claims Bar Date: | 11/18/13 |

October 21, 2014, 02:45 pm

Sale of various property assets in GAN Naperville LLC still pending. Various issues to be resolved prior to.

Closed on 5 GAN Naperville Properties.

Trustee agreed to sell real estate owned by GAN Naperville LLC, not this Debtor.  Funds on hand represent Trustee's agreed fee for selling the real estate.  All other sales proceeds were paid to BankFinancial, the mortgagee, at the closing.

Initial Projected Date of Final Report (TFR): 07/01/15    Current Projected Date of Final Report (TFR): 02/28/16


/s/    GINA B. KROL
_____    Date: 06/21/16
     GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 13-09826 -DLT | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | SANGHERA, GURDIAL | | Bank Name: | Green Bank |
| | SANGHERA, KAMAL | | Account Number / CD #: | *******2601  Checking Account |
| Taxpayer ID No: | *******8291 | | | |
| For Period Ending: | 05/31/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/14 | 16 | Professional National Title Network, Inc. Three First National Plaza, Suite 1600 Chicago, IL  60602 | Sale of 1952 Green Lane, Palatine, IL owned by Gan Naperville LLC | 1180-000 | 7,500.00 | | 7,500.00 |
| 01/03/14 | 16 | Professional National Title Network, Inc. Three First National Plaza, Suite 1600 Chicago, IL  60602 | Sale of 1933 Green Lane, Palatine, IL owned by Gan Naperville LLC | 1180-000 | 7,500.00 | | 15,000.00 |
| 01/03/14 | 16 | Professional National Title Network, Inc. Three First National Plaza, Suite 1600 Chicago, IL  60602 | Sale of 1949 Green Lane, Palatine, IL owned by Gan Naperville LLC | 1180-000 | 7,500.00 | | 22,500.00 |
| 01/03/14 | 16 | Professional National Title Network, Inc. Three First National Plaza, Suite 1600 Chicago, IL  60602 | Sale of 1929 Green Lane, Palatine, IL owned by Gan Naperville LLC (Titled to Gan, debtor's private loan) | 1180-000 | 7,500.00 | | 30,000.00 |
| 01/03/14 | 16 | Professional National Title Network, Inc. Three First National Plaza, Suite 1600 Chicago, IL  60602 | Sale of 1960 Green Lane, Palatine, IL owned by Gan Naperville LLC (Titled to Gan, debtor's private loan) | 1180-000 | 7,500.00 | | 37,500.00 |
| 01/31/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 54.65 | 37,445.35 |
| 02/28/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 54.57 | 37,390.78 |
| 03/31/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 56.44 | 37,334.34 |
| 04/02/14 | 003001 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 | Blanket bond #016026455  2/01/14 to 2/10/15    2300-000        $-30.98 | 2300-000 | | 30.98 | 37,303.36 |

FORM 2 Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-09826 -DLT | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SANGHERA, GURDIAL | | Bank Name: | Green Bank |
| | SANGHERA, KAMAL | | Account Number / CD #: | *******2601 Checking Account |
| Taxpayer ID No: | *******8291 | | | |
| For Period Ending: | 05/31/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/28/14 | | NEW ORLEANS, LA 70139 Green Bank | Technology Fee | 2600-000 | | 44.67 | 37,258.69 |
| 05/06/14 | | Transfer to Acct #*******0832 | Bank Funds Transfer | 9999-000 | | 37,258.69 | 0.00 |

| Account *******2601 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 5 | Deposits | 37,500.00 | 1 | Checks | 30.98 |
| | 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 210.33 |
| | | Subtotal | $ 37,500.00 | 1 | Transfers Out | 37,258.69 |
| | | | | | Total | $ 37,500.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 37,500.00 | | | |

UST Form 101-7-TDR (10/1/2010) (Page: 14)

Ver: 19.06a

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-09826 -DLT | | Trustee Name: | GINA B. KROL |
| Case Name: | SANGHERA, GURDIAL | | Bank Name: | ASSOCIATED BANK |
| | SANGHERA, KAMAL | | Account Number / CD #: | *******0832  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8291 | | | |
| For Period Ending: | 05/31/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Transfer from Acct #*******2601 | Bank Funds Transfer | 9999-000 | 37,258.69 | | 37,258.69 |
| 12/08/14 | 030001 | David E. Grochocinski<br>c/o InnovaLaw PC<br>15020 S. Ravinia Ave., Ste. 29<br>Orland Park, IL 60462 | Compensation per Court Order | 2100-000 | | 37,258.69 | 0.00 |

```
                Account *******0832       Balance Forward            0.00
                                      0   Deposits                    0.00       1   Checks              37,258.69
                                      0   Interest Postings           0.00       0   Adjustments Out          0.00
                                                                                 0   Transfers Out            0.00
                                          Subtotal          $         0.00
                                                                                     Total         $    37,258.69
                                      0   Adjustments In              0.00
                                      1   Transfers In           37,258.69

                                          Total             $    37,258.69
```

```
                Report Totals            Balance Forward            0.00
                                      5   Deposits               37,500.00       2   Checks              37,289.67
                                      0   Interest Postings           0.00       4   Adjustments Out        210.33
                                                                                 1   Transfers Out       37,258.69
                                          Subtotal          $    37,500.00
                                                                                     Total         $    74,758.69
                                      0   Adjustments In              0.00
                                      1   Transfers In           37,258.69

                                          Total             $    74,758.69          Net Total Balance  $        0.00
```

/s/   GINA B. KROL

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-09826 -DLT | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SANGHERA, GURDIAL | | Bank Name: | ASSOCIATED BANK |
| | SANGHERA, KAMAL | | Account Number / CD #: | *******0832 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8291 | | | |
| For Period Ending: | 05/31/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____ Date: 05/31/16
GINA B. KROL